UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANNIBAL WHEATLEY, *on behalf of himself and all others similarly situated,*<br><br>                    Plaintiffs,<br><br>            v.<br><br>PHARMACANN OF NEW YORK, LLC D/B/A VERILIFE,<br><br>                    Defendant. | Case No. 1:24-cv-07338-MMG<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Karla Del Pozo García, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for defendant PHARMACANN OF NEW YORK, LLC D/B/A VERILIFE, and requests that copies of papers served in this action be served on the undersigned.

Dated:   New York, New York
         November 5, 2024

                              Respectfully submitted,

                              **DENTONS US LLP**

                        By:   */s/ Karla Del Pozo García*
                              Karla Del Pozo García
                              1221 Avenue of the Americas
                              New York, New York 10020
                              phone: (212) 768-5328
                              e-mail: karla.delpozogarcia@dentons.com