**DENTONS**

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 5, 2024

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Wheatley v. Pharmacann of New York, LLC;* Case No. 1:24-cv-07338-MMG

Dear Judge Garnett:

We represent Defendant Pharmacann of New York, LLC d/b/a Verilife ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from November 7, 2024 to December 9, 2024.

Defendant's counsel was just retained. Plaintiff's counsel consented to this extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding Plaintiff's allegations. There have been no prior extensions and the parties currently have no scheduled appearance before the Court.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

**Puyat Jacinto & Santos** ► **Link Legal** ► **Zaanouni Law Firm & Associates** ► **LuatViet** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms