**DENTONS**

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

January 9, 2025

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Wheatley v. Pharmacann of New York, LLC;* Case No. 1:24-cv-07338-MMG

Dear Judge Garnett:

We represent Defendant Pharmacann of New York, LLC d/b/a Verilife ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for thirty (30) days, from January 9, 2025 to February 24, 2025.

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)